IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02205-RPM-KLM

DENVER COMMERCIAL BUILDERS, INC. d/b/a DCB CONSTRUCTION
COMPANY, INC.,

    Plaintiff,

v.

CONTINENTAL WESTERN INSURANCE COMPANY;
AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY;
AIG DOMESTIC CLAIMS, INC.;
ZURICH INSURANCE COMPANY; and
STEADFAST INSURANCE COMPANY,

    Defendants.

---

ORDER VACATING CASE MANAGEMENT ORDERS
---

    This civil action was removed from the Summit County, State of Colorado District Court on October 10, 2008. Upon review of the state court records filed with this court, it appears that case management orders have been entered which are inconsistent with this Court's procedures. Accordingly it is

    ORDERED that the case management orders entered in this civil action by the District Court, Summit County, Colorado are vacated and a scheduling conference will be convened after this civil action is fully at issue.

    DATED: October 17th, 2008

                                                     BY THE COURT:

                                                   s/ Richard P. Matsch
                                                   _____
                                                   Richard P. Matsch, Senior District Judge