UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02205-RPM

DENVER COMMERCIAL BUILDERS, INC., D/B/A DCB
CONSTRUCTION COMPANY, INC.

      Plaintiff,

v.

CONTINENTAL WESTERN INSURANCE COMPANY;
AMERICAN INTERNATIONAL SPECIALTY LINES
INSURANCE COMPANY;
AIG DOMESTIC CLAIMS, INC.;
ZURICH INSURANCE COMPANY;
STEADFAST INSURANCE COMPANY
FIREMAN'S FUND INSURANCE COMPANY

      Defendants.

_____

**ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF
DEFENDANT ZURICH INSURANCE COMPANY**
_____

Upon consideration of Plaintiff Denver Commercial Builders, Inc. d/b/a DCB

Construction Company, Inc.'s Notice of Voluntary Dismissal of Party Defendant Zurich

Insurance Company, it is:

ORDERED that Zurich Insurance Company is dismissed from the above captioned

matter, without prejudice.

Dated this 4th day of November, 2008.

                         BY THE COURT:


                         s/Richard P. Matsch

                         _____
                         Richard P. Matsch, Senior Judge