IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02205-RPM

DENVER COMMERCIAL BUILDERS, INC. d/b/a DCB CONSTRUCTION
COMPANY, INC.,

    Plaintiff,

v.

CONTINENTAL WESTERN INSURANCE COMPANY;
AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY;
AIG DOMESTIC CLAIMS, INC.;
ZURICH INSURANCE COMPANY; and
STEADFAST INSURANCE COMPANY,

    Defendants.

---

## ORDER SETTING SCHEDULING CONFERENCE

---

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **January 29, 2009, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on January 22, 2009.**

    The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

    Dated: December 17th, 2008

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior District Judge