IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:             March 17, 2009
Courtroom Deputy: J. Chris Smith
FTR Technician:   Kathy Terasaki

_____

Civil Action No. 08-cv-02205-RPM

| | |
|---|---|
| DENVER COMMERCIAL BUILDERS, INC. | George V. Berg, Jr. |
| d/b/a DCB CONSTRUCTION COMPANY, INC., | Melissa M. Heidman |

    Plaintiff,

v.

| | |
|---|---|
| CONTINENTAL WESTERN INSURANCE COMPANY, | Brian Spano |
| AMERICAN INTERNATIONAL SPECIALTY LINES | Lisa F. Mickley |
| INSURANCE COMPANY, | |
| AIG DOMESTIC CLAIMS, INC., | |
| STEADFAST INSURANCE COMPANY and | Mark C. Willis |
| FIREMAN'S FUNDS INSURANCE COMPANY, | Tory D. Riter |

    Defendants.
_____

**COURTROOM MINUTES**
_____

**Second Scheduling Conference**

**2:30 p.m.      Court in session.**

Discussion between Court, Mr. Berg and Mr. Riter on plaintiff's and defendant Fireman's Fund's pending motions [29] and [30].

**ORDERED:** Defendant Fireman's Fund Unopposed Motion for Leave to Amend Answer, filed March 16, 2009 [30], is granted and the attached Exhibit A doc. [30-3] Amended Answer to Amended Complaint and Jury Demand is accepted and filed as 3/17/2009.

**ORDERED:** Plaintiff's Motion for Leave to File Second Amended Complaint, filed March 16, 2009 [29], is granted and the attached Exhibit A doc. [29-2] Second Amended Complaint is accepted and filed as of 3/17/2009.

Defendants' counsel agree to consider a general denial to plaintiff's Second Amended Complaint.

March 17, 2009
08-cv-02205-RPM

Mr. Riter informs the Court that Fireman's Fund has elected not to participate in the arbitration proceedings.

Discussion regarding plaintiff's anticipated motion for partial summary judgment.

**ORDERED:** **Plaintiff will file a motion for partial summary judgment based on assumed facts to raise the issue of indemnity coverage before adjudication of liability in arbitration. Defendants will respond without stipulating or admitting the assumed facts which are accepted only for the purpose of addressing the legal issue. Defendants shall have 30 days to respond and may file combined responses. Oral arguments will be heard. Discovery is stayed until further order.**

**No scheduling order entered.**

**3:00 p.m.** **Court in recess.**

Hearing concluded. Total time: 30 min.