**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              September 10, 2009
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

---

Civil Action No. 08-cv-02205-RPM

| | |
|---|---|
| DENVER COMMERCIAL BUILDERS, INC. | George V. Berg, Jr. |
| d/b/a DCB CONSTRUCTION COMPANY, INC., | Melissa M. Heidman |
| | Katie Rackliff |
| Plaintiff, | |
| v. | |
| CONTINENTAL WESTERN INSURANCE COMPANY, | Brian Spano |
| AMERICAN INTERNATIONAL SPECIALTY LINES | Lisa F. Mickley |
| INSURANCE COMPANY, | |
| AIG DOMESTIC CLAIMS, INC., | |
| ZURICH INSURANCE COMPANY, and | |
| STEADFAST INSURANCE COMPANY and | Tory Bishop |
| FIREMAN'S FUNDS INSURANCE COMPANY, | Tory D. Riter |
| Defendants. | |

---

**COURTROOM MINUTES**

---

**Hearing on Motion for Partial Summary Judgment**

**2:58 p.m.     Court in session.**

Court's preliminary remarks and states its understanding of the status of the case and the pending motion.

3:03 p.m.     Argument by Mr. Berg.

**ORDERED:     Plaintiff DCB Construction Company, Inc.'s Motion for Partial Summary Judgment to Establish the Defendant Liability Insurance Companies' Duty to Indemnify Plaintiff for Mitigation Costs, Including Supporting Legal Authority, filed March 19, 2009 [34], is denied.**

**3:10 p.m.     Court in recess.**

Hearing concluded.  Total time: 12 min.