UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02205-RPM-KLM

DENVER COMMERCIAL BUILDERS, INC., d/b/a DCB
CONSTRUCTION COMPANY, INC.

    Plaintiff,
v.
CONTINENTAL WESTERN INSURANCE COMPANY;
AMERICAN INTERNATIONAL SPECIALTY LINES
INSURANCE COMPANY;
AIG DOMESTIC CLAIMS, INC.;
ZURICH INSURANCE COMPANY;
STEADFAST INSURANCE COMPANY
FIREMAN'S FUND INSURANCE COMPANY

    Defendants.
_____

**ORDER DISMISSING ACTION PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**
_____

    Pursuant to the Parties' Stipulation for Dismissal Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) (#62), it is

    ORDERED that all claims asserted by Plaintiff in this matter shall be dismissed with prejudice with each Party to bear its own costs and fees.

    Dated: March 18th, 2010.

                                     BY THE COURT:

                                     s/Richard P. Matsch
                                     _____
                                     Richard P. Matsch, Senior District Judge